IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CISSE IBRAHIM,** | : |
| Petitioner, | : |
| vs. | :   CIVIL ACTION 06-0462-WS-C |
| **WARDEN ROBERT GAINES, et al.,** | : |
| Respondents. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this 20th day of December, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE